**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

Badzovic v. City of Chicago, et al.,

**08 C 625**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Adnan Bdzovic

**JUDGE MANNING**
**MAGISTRATE JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print) | |
| Daniel P. Kiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Daniel P. Kiss | |
| FIRM Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS 20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6256211 | 312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐  NO **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐  NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES **X**  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES **X**  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |