UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | 08 C 625 |
|---|---|---|
| Adnan Badzovic, et al., Plaintiff, vs. | | Judge Manning |

City of Chicago, Chicago Police Officers Steve Liarakos, Star 17454, Brain Murphy, Star 10079 and Unknown Chicago Police Officer John Doe,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago, Steve Liarakos and Brian Murphy

| SIGNATURE /s/ *Mary S. McDonald* |
|---|
| FIRM City of Chicago, Department of Law |
| STREET ADDRESS 30 N. LaSalle Street - Suite 1400 |
| CITY/STATE/ZIP Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06199995 | TELEPHONE NUMBER 312.744.8307 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES **X** NO ☐ |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |