IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADNAN BADZOVIC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 0 8 C 625 |
| | ) | |
| vs. | ) | |
| | ) | Judge Manning |
| CITY OF CHICAGO, | ) | |
| Chicago Police Officers | ) | Magistrate Judge Valdez |
| STEVE LIARAKOS, Star 17454, | ) | |
| BRIAN MURPHY, Star 10079, and | ) | |
| Unknown Chicago Police Officer | ) | Jury Demand |
| John Doe | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:  Louis Meyer
     Lawrence V. Jackowiak
     Law Offices of Lawrence V. Jackowiak
     20 North Clark Street - Suite 1710
     Chicago, Illinois 60602

   **PLEASE TAKE NOTICE** that on April10, 2008, Defendants filed their answer, defenses and jury demand to plaintiff's complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

   I hereby certify that I have served this notice and the attached document by causing it to be mailed via ECF to the person named above at the address shown this 10th day of April, 2008.

                             Respectfully submitted,


                       By:   *Mary S. McDonald*
                             MARY S. MCDONALD
                             Assistant Corporation Counsel

30 N. LaSalle St., Suite 1400
Chicago, Illinois 60602
(312) 744-8307Office
(312) 744-6566
Attorney No.  06199995