**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ADNAN BADZOVIC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 625 |
| | ) | |
| vs. | ) | Judge Manning |
| | ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**INITIAL STATUS REPORT**

**A. Nature of the Case:**

1.      Nature of claims: Unreasonable seizure, Humane Care for Animals Act, State law *respondeat superior* and indemnification claims.

2.      Plaintiff seeks monetary damages arising from the incident alleged in the complaint. Plaintiff claims that as a direct and proximate result of the acts of Defendants, Plaintiff has suffered and continues to suffer damages including emotional distress, mental anguish and humiliation, and special damages including expenses for his dog. Defendant's deny they engaged in any wrong doing.

3.      All parties have been served.

4.      The major legal issues involve the alleged unreasonable seizure and humane care for animals act, as well as the nature and extent of any claimed damages. Whether the Defendant Officers are entitled to qualified immunity.

5.      The major factual issues involve Plaintiff's allegations that the Defendant-Officers did not have any legal justification to seize Missy; whether there was a seizure under 42USC1983 and whether the Humane Care for Animals Act was violated.

6.      N/A

**B. Preparation of Draft Scheduling Order:**

1.      1)      Plaintiff to join other parties and to amend the pleadings by May 30, 2008.

        2)      The parties have already exchanged their Rule 26(a)(1) disclosures.

  3)  fact discovery completion: August 29, 2008

  4)  expert discovery completion: November 30, 2008.

    dates for delivery of expert reports:

- Plaintiff to disclose expert reports by August 29, 2008;
- Defendants to disclose expert reports by September 30, 2008;
- Plaintiff allowed until October 30, 2008, to disclose rebuttal expert report;

  5)  filing of dispositive motions: December 15, 2008.

  6)  filing of final pretrial order: 30 days after ruling on dispositive motions.

**C. Trial Status:**

  1.  A jury trial is expected.

  2.  The parties expect a 3-4 day trial.

**D. Consent to Proceed before a Magistrate Judge:**

  The parties do not unanimously consent to proceed before the Magistrate Judge.

**E. Settlement Status:**

  1.  Settlement discussions have not yet taken place.

  2.  At this time, the parties do not feel that a settlement conference would be productive. The parties may ask for a settlement conference at a later time

Respectfully submitted,

Dated: April 11, 2008        Dated: April 11, 2008

/s/ Lawrence V. Jackowiak     /s/ Mary McDonald
Law Office of Lawrence V. Jackowiak  Assistant Corporation Counsel
20 North Clark Street, Suite 1700   30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602      Chicago, Illinois 60602
(312) 795-9595        (312) 744-0451
*Counsel for the Plaintiff*      *Attorney for Defendants*