**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Adnan Badzovic

                      Plaintiff,

v.                                                      Case No.: 1:08−cv−00625
                                                         Honorable Blanche M. Manning

City of Chicago, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: Status hearing set for 6/17/2008 is reset to 7/15/2008 at 11:00 AM. in light of the 6/17/2008 settlement conference before Magistrate Judge Valdez.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.