UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADNAN BADZOVIC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 625 |
| | ) | |
| vs. | ) | Judge Manning |
| | ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED SCHEDULING ORDER**

**1. Discovery**

The following time limits and deadlines shall be applicable:

A. All the disclosures required by Rule 26(a)(1) shall be made on or before: June 27, 2008.

B. Any amendments to pleading or actions to join other parties shall be filed on or before: July 31, 2008 .

C. The cutoff of fact discovery is: November 28, 2008.

D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before: November 28, 2008.

E. The parties may depose the other sides's expert at any time prior to: December 31, 2008.

F. The parties shall disclose any rebuttal experts pursuant to Rule 26(a)(2)(c) at any time prior to: January 16, 2009.

G. The parties shall have until January 31, 2009 to depose the opposing party's rebuttal experts.

**2. Motions.**

A. Any dispositive motions to be filed on or before: January 31, 2009.

B. Any *Daubert* motions to be filed on or before: January 31, 2009.

**3. Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before March 31, 2009.

The final pretrial conference will be held _____ at _____ _.m.

**4. Trial**

Trial is set in this matter on _____ at 10:00 a.m.

**5. Status Hearings**

A further status is scheduled for Tuesday, July 15, 2008 at 11:00 a.m..

Respectfully submitted,

| | |
|---|---|
| Dated: <u>June 18, 2008</u> | Dated: <u>June 18, 2008</u> |
| /s/ Lawrence V. Jackowiak | /s/ Mary McDonald |
| Law Office of Lawrence V. Jackowiak | Assistant Corporation Counsel |
| 20 North Clark Street, Suite 1700 | 30 North LaSalle Street, Suite 1400 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| (312) 795-9595 | (312) 744-0451 |
| *Counsel for the Plaintiff* | *Attorney for Defendants* |