**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Adnan Badzovic

                                   Plaintiff,

v.                                                  Case No.: 1:08−cv−00625
                                                      Honorable Blanche M. Manning

City of Chicago, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

       MINUTE entry before the Honorable Maria Valdez: Court adopts agreed scheduling order. All disclosures required by Rule 26(a)(1) shall be made on or before 6/27/08. Any amendments to pleadings or actions to join other parties shall be filed on or before 7/31/08. The cutoff of fact discovery is 11/28/08. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 11/28/08. The parties may depose the other side's expert at any time prior to 12/31/08. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to 1/16/09. The parties shall have until 1/31/09 to depose the opposing party's rebuttal expert. All other dates shall be set before the District Judge. Status hearing set for 9/16/2008 at 09:30 a.m. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.