IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADNAN BADZOVIC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 08 C 625 |
| CITY OF CHICAGO and CHICAGO POLICE OFFICERS STEVE LIARAKOS, STAR 17454, BRIAN MURPHY, STAR 10079 and UNKNOWN POLICE OFFICER JOHN DOE, | ) Judge Manning ) ) Magistrate Judge Valdez ) ) |
| Defendants. | ) |

**FILED**
AUG 0 8 2008
Aug 08 2008
Judge Blanche M. Manning
United States District Court

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorney' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Louis Meyer
Attorney for plaintiff,
Adnan Badzovic
Law Offices of Lawrence V. Jackowiak
20 N. Clark St., Suite 500
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6290821
DATE: 7-28-2008

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Mary S. McDonald
Assistant Corporation Counsel
Attorney for City of Chicago and
Defendants,
Steve Liarakos and Brian Murphy
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Attorney No. 06199995
DATE: 7/29/08

08 C 625