# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 625 | **DATE** | 8/8/2008 |
| **CASE TITLE** | Badzovic vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation, this case is dismissed with prejudice and without costs. Status hearing set to 9/16/2008 is hereby stricken. Enter Agreed Order of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|

2008 AUG 11 AM 9:10
U.S. DISTRICT COURT
FILED