IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADNAN BADZOVIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 625 |
| ) | |
| vs. ) | Judge Manning |
| ) | |
| ) | Magistrate Judge Valdez |
| ) | |
| CITY OF CHICAGO and CHICAGO ) | |
| POLICE OFFICERS STEVE LIARAKOS, ) | |
| STAR 17454, BRIAN MURPHY, STAR ) | |
| 10079 and UNKNOWN POLICE OFFICER ) | |
| JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Adnan Badzovic, by one of his attorneys, Louis J. Meyer, and defendants, Steve Liarakos and Brian Murphy, by one of their attorneys, Mary S. McDonald, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby orders as follows:

All of the claims of plaintiff, Adnan Badzovic, against defendants, City of Chicago, Steve Liarakos and Brian Murphy, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Mary S. McDonald
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Attorney No. 06199995

ENTER: *Blanche M. Manning*
The Honorable Blanche Manning
United States District Judge

DATED: August 8, 2008